**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 25 2005

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JIMMY R. CADLE

v.  No. 3:03CV00062 JMM

ANN M. VENEMAN, SEC'Y
U.S. DEPARTMENT OF AGRICULTURE

### ORDER OF DISMISSAL

Plaintiff Jimmy R. Cadle and the defendant, Secretary of the U.S. Department of Agriculture, having executed a Settlement Agreement, the above-captioned cause of action is hereby dismissed with prejudice, subject to the terms of the Settlement Agreement, with each party to bear its own costs.

SO ORDERED this 21 day of JULY, 2005.

_____
U.S. DISTRICT JUDGE

**APPROVED:**

_____
Larry J. Steele
Attorney for Jimmy R. Cadle
P. O. Box 561
Walnut Ridge, AR 72476

_____
Richard M. Pence, Jr.
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, AR 72203